**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID MALLIN**<br><br>*Plaintiff,*<br><br>v.<br><br>**FRANK BISIGNANO,**<br>Commissioner of Social Security,<br><br>*Defendant.* | **Case No. 2:24-cv-01518-JDW** |

**ORDER**

**AND NOW**, this 23rd day of October, 2026, upon consideration of Plaintiff David Mallin's Amended Motion For Attorney's Fees Pursuant To 42 U.S.C. § 406(b) (ECF No. 17), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Amended Motion For Attorney's Fees is **GRANTED IN PART** and **DENIED IN PART**;

2. Attorney's fees in the amount of $32,700.20, which represents 20% of the past-due benefits awarded to Plaintiff, shall be remitted to Joseph Silver of the Law Offices of Silver & Silver.

3. Upon receipt of this sum, Mr. Silver is directed to remit $6,848.76, which represents the Equal Access to Justice Act fees previously paid to counsel in connection with this action.

It is **FURTHER ORDERED** that Plaintiff's Motion For Attorney's Fees Pursuant To 42 U.S.C. § 40(b) (ECF No. 15) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.